IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **ELITE CONSTRUCTION TEAM, INC.** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-14-2358 |
| **WAL-MART STORES, INC., et al.** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending before the Court is the Plaintiff's MOTION FOR SUMMARY JUDGMENT (ECF No. 27). Also pending is a dispute concerning the partial payment of an arbitration award (*see* ECF No. 33). The latter matter has been referred to U.S. Magistrate J. Mark Coulson to conduct a mediation and settlement conference (*See* ECF No. 34). That conference has now been scheduled to occur on January 24, 2017 (*see* ECF No. 36).

Having now reviewed the MOTION FOR SUMMARY JUDGMENT (ECF No. 27), the Defendants' RESPONSE (ECF No. 28) and the Plaintiff's REPLY (ECF No. 29), the Court determines that it is appropriate to refer this entire case to Judge Coulson for a settlement conference, and the earlier order referring the dispute concerning the partial payment of the arbitration award is now EXPANDED to include all pending issues and claims among all parties. Presumably Judge Coulson will take up all disputes preventing resolution of this case when he convenes the settlement conference on January 24, 2017, although the same is subject to confirmation by him.

DATED this 28th day of November, 2016.

                                            BY THE COURT:

                                        _____/s/_____
                                        James K. Bredar
                                        United States District Judge